William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 6228-

Rouse Brueggeman Lumber Company, Inc., Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed May 8, 1973.*

Lewis, Blickman, Garrison and Tucker, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 6833-

Richard D. Corley, M.D., Claimant, *vs.* State of Illinois, Division of Vocational Rehabilitation, Respondent.

*Opinion filed May 8, 1973.*

Dr. Richard D. Corley, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.